1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4

5  Attorney for Plaintiff

6

7

8  **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9  —o0o—

10 KAYLEM J. COOPER,                         CASE NO. 2:06-CV-02067-GGH

11              Plaintiff,                  **ORDER EXTENDING**
                                            **PLAINTIFF'S TIME TO RESPOND TO**
12 vs.                                      **DEFENDANT'S ANSWER**

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
                Defendant.
15 _____/

16     Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby

18 APPROVED.

19     Plaintiff shall file his response within thirty days upon receipt of the readable transcript.

20     SO ORDERED.

21

22 DATED: 8/6/07                             /s/ Gregory G. Hollows

23                                           _____
                                             GREGORY G. HOLLOW
24 cooper.eot2                               UNITED STATES MAGISTRATE JUDGE

25

26

27

28

---

1

STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER